# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

22 CV 2793

(Include case number if one has been assigned)

Write the full name of each plaintiff.

VALMIKI Ramani

-against-

Tune Core Inc

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Mercantile distribution of plaintiff's property Nationally and worldwide for monetary gain

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of

(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _Tune Core Inc_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _Brooklyn New York_

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_VALMIKI_          _J_          _RAMANI_

First Name          Middle Initial          Last Name

_139-05   85 DR   APT 6D_

Street Address

_Briarwood_                          _NY_          _11435_

County, City                          State          Zip Code

_718-291-2978_                     _valmiki.d.r@Gmail.Com_

Telephone Number                    Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Tunecore INC
_____
First Name                     Last Name

Music Distributors
_____
Current Job Title (or other identifying information)

63 Pearl ST Brooklyn NY 11201
_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

Defendant 2:    _____
First Name                     Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

Defendant 3:    _____
First Name                     Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                         State                    Zip Code

**Defendant 4:**

First Name _____ Last Name _____

Current Job Title (or other identifying information) _____

Current Work Address (or other address where defendant may be served) _____

County, City _____  State _____  Zip Code _____

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Queens   New York

Date(s) of occurrence: 2021

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I too why working career came to an end in NYC because of disability to my feet (sales - marketing - advertising). A friend discovered I could sing had me record a few songs for the dance and so began a God send something to do - Productively I led time having a YouTube Channel which yt took over stole 500 of my music videos to place into an Indian-Western Channel - Valmiki Ramani International Songs of Love ™, they still illegally used it followed yt to monetize my videos and give no wrong to my yt copy NY PH Never did.

I was left with exceed many songs with no where to show them - Someone suggested I put them on the digital market, beginning with Ditto music so I suppose me I was continuously robbed and violated. The money came from my family in Canada

To pay the distributors, Tune core inc received about 76 singles and albums. I told them not to put it on Youtube as I had them in Court they said we have a special argument I said I hold you responsible for the singles, no album is to be given to them. Tunecore disregard me and gave every thing to YouTube who were placing video and banner ads on my material. I opend a Civil Law suit against Tune Core inc they took all the material off Youtube except for al bum Across The Pond (British Pop music) which they still have on to this day (Type my name in and it comes up) to add insult to injury this year Tune core just self joind it renewed payment for the Album

**INJURIES:** All in a ttched File.

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking the maxamium monetary damage allowed by this Court from Tune Core Inc. They stole from me violated my property degraded my albums as is stated in the attached Case file.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 4-4-22 | Valmiki Ramani |
| Dated | Plaintiff's Signature |
| Valmiki D | Ramani |
| First Name    Middle Initial | Last Name |
| 139-05 85 Dr 6D | |
| Street Address | |
| Richwood | NY |
| County, City | State |
| 718-291-2978 | ik435 |
| | Zip Code |
| Telephone Number | Valmiki.d.r@gmail.com |
| | Email Address (if available) |
| | Valmiki.d.r@gmail.com |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

# Civil Court of the City of New York
**County of Queens**

Index Number: **CV-003278-21/QU**

VALMIKI RAMANI
        **Plaintiff(s)**

  -against-

TUNE CORE INC.
        **Defendant(s)**

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
VALMIKI RAMANI
139-05 85 DR., 6D
Briarwood, NY 11435

To the named defendant (s)

TUNE CORE INC. (Deft), at 63 PEARL ST, Brooklyn, NY 11201

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $25,000.00 and interest as detailed below. Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date: February 9, 2021

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows:    **Breach of Contract; Unlawful use of property; conspire to defraud; Damage to my brand and product for $25,000.00 with interest from 01/30/2021**

### *NOTE TO THE DEFENDANT

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

### * NOTE TO THE SERVER OF THE SUMMONS

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME:

PRINT NAME:    VALMIKI RAMANI

Civil Court of City of New York
County of Queens

VALMIKI RAMANI                    Index number
          PLAINTIFF              CV-00 3278 -21/Qu
          US

Tune Core Inc                    Reply To Motion
          Defendants

(1) I VALMIKI RAMani hereby attest that all
information in the Lawsuit against TuneCore Inc
is true. Further I request default Judgement
as to Defendant had 30 days to reply to
the Lawsuit, I will hereafter address the
legal representative defense.

(2) I engaged Tune Core to distribute my music
worldwide with a cover, to all major plat
forms and digital stores, however I told
Tune Core I did not want my music distributed
to YouTube as I have an ongoing case
against them in federal court for the theft
of 500 of my music videos, and the illegal take
over of my former YouTube channel VALMIKI
Ramani International Songs of Love, they eyed
it as a good platform to introduce East-West

(1)

Musical – cultural content because they YT have a Large station in Mumbai India, you Tube Today has Indian Music – cultural content widely on their platform. ALThough I closed my channel youTube refused to shut it down and still allowd it to be alive using it in violation to Laws & Tune Core the defendant, did their best to persuade me that they had a special agreement with you Tube and I should all them to exploit my property on the platform which they would refrain from, ① Having any of my content be placed on Indian sites which the violated, and only my singles-songs were allowed to be put on you Tube not my albums as I have to market them differently, and were not suited for youTube despite this Tune Core Inc gave youTube my premium album RAMANi Romance consisting of 8 highly produced songs, as I had them mastered by an engineer TimBoyce of nyc at a cost of over $100 each

②

Tune Core gave YouTube my album and YouTube degraded this highly produced album by breaking the album up and placing it on Indian Sites diminishing the value of the album. Further more Tune Core gave YouTube two other albums, LATIN Moments and Accross the Pond both prime albums, degrading their value.

③ I, after inital release of songs told Tune Core I wanted all my material taken down from Amazon as they were using my song covers to promote other artist works, songs were taken down but dispite this request Tune gave to Amazon Two songs as per their request Somewhere my Love and When there's no you. Further more Tune Core hid from me that my songs would be exploited by YouTube music, which I only recently discovered - See exhibits -.

④ Upon putting my content on YouTube, yo

③

Immediately putting one to two video ads Plus banner ads on my songs creating huge revenue which Tune Core reported to be within $3 plus dollars occasionally. After I eventually forced to have Tune Core take down my album RAmAni Romarci, YouTube cease to put ads on the songs, and only recently started to do so again recently. Tune Core deceived me and worked with YouTube to exploit my material for monetary gain.

⑤ Furthermore Tune Core Inc gave a phone number that does not receive calls and a business address which is a mail box in a print shop in Brooklyn as reported by Brooklyn Sheriff as he tried to serve the summons and complaint, he then instructed me to serve it on the Secretary of State of NY in Albany.

④

⑥ The defense attorneys are attempting to discredit my character by referring to my law suit against President OBama over the Oil Spill in 2010. We all could remember the oil gushing out of a broken well which BP-US of the US Government could not contain. The US Government — OBama asked the public if they knew any ways to solve the problem to offer it. Regretfully I did. I had spent a short stint as Office Cadet on a Candian shipping company bringing ore out of South America to Trinidad in the West Indies, and take back fuel for the mining company. While on watch on the Bridge I would observed blobs of orange-brown crud oil disfiguring the lovely cost of the Bay, and there I conceived an idea of how to get rid of it. It is crude so you cannot strike a match and it would ignite, I decided in my mind to pour kerosone gasoline, etc to set it afire to burn. I offered this idea in a letter to OBama as reported by the NYpost, that should he use my method he would have to compensate me not stating a sum, I also told him how to plug the well. ⑤

Ever wonder how we suddenly saw the oil gushing out a broken well suddenly stopped on T.V, well I could not Lay claim for my method as it would have to be patented. The US government received Billions for the well plug and clean up from BP - US and gave me nothing, I Later sued BP - US as an assigned third party but had to drop the case because they submitted huge ammount of false press releases saying they started burning the oil a month before my Letter reached OBama yet still this was not released nationally until Two weeks of to my Letter read OBama, in which in his first OVAL office speech he told the nation the oil was being burned. Defense attorney should be ashamed of themselves for bringing this case-up to discredit my character — disgusting!

⑦ TuneCore has deceived me, devalued my property, Two albums still on YouTube and tells me my earnings for all this time

2

is around $32

(8) I ask the court to award me the full
Sum of this Lawsuit as asked for and any
other compensation as deemed fit.

Valmiki Ramani
Plaintiff
VAlmiki Ramani

Exhibits attached
Copy of Motion reply
mailed to defense attorney

## TuneCore Company Profile - Office Locations, Competitors ...

**TuneCore headquarters** is **located** at 63 Pearl Street, Brooklyn. Where are **TuneCore offices**?
**TuneCore** has an **office** in Brooklyn. How many **offices** does ...

| People also search for | ✕ |
| --- | --- |
| tunecore phone number | tunecore help request |
| call tunecore phone number | tunecore vs distrokid |
| 63 pearl street brooklyn, ny 11201 | tunecore login |

False company address

SHERIFF of Brooklyn

reported it 's a P O Box in a

PRINT SHOP !

Exhibit

 

# ALBANY COUNTY SHERIFF'S OFFICE

**County Court House Albany, New York 12207 (518) 487-5400**
**WWW.ALBANYCOUNTYSHERIFF.COM**

**MICHAEL S. MONTELEONE**
EXECUTIVE UNDERSHERIFF

**SHAWN P. NOONAN**
CHIEF DEPUTY

**CRAIG D. APPLE, SR.**
SHERIFF

**WILLIAM M. RICE**
UNDERSHERIFF

**LEON A. BORMANN**
CHIEF DEPUTY

CIVIL COURT COURT

County of QUEENS State of New York

VALMIKI RAMANI

vs.

TUNECORE, INC

**CERTIFICATE OF SERVICE**
**SECRETARY OF STATE – Sec. 303 LLC**

Index Number - CV-003278-21/QU

Sheriff File Number – 21000662

**FILED**
GENERAL CLERK

APR 1 2 2021

CIVIL COURT - Queens

I, certify that I am an Albany County Deputy Sheriff, and that I am not a party to the above-entitled action.

I further certify that on 4/1/2021 at approximately 1:38 AM, at the office of the Secretary of State of the State of New York, in the City of Albany, New York, I made service of the annexed SUMMONS WITH ENDORSED COMPLAINT AND CHECK # 27274369678 FOR $40.00 upon SECRETARY OF STATE the agent of the defendant in the above entitled action by delivering to and leaving with NANCY DOUGHERTY a(n) Business Document Specialist in the office of the Secretary of State, two true copy(s) thereof and that at the time of making such service, I paid the secretary of state a fee of $40.00 dollars. The service was made pursuant to section 303 LLC.

I further certify that I knew the person so served as aforesaid to be a(n) Business Document Specialist in the office of the Secretary of State of New York, authorized to accept such service on behalf of said defendant.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Black, Gender: Female Height: 5' 1" Weight: 125 Age: 63.

Dated:

Friday, April 02, 2021

MATTHEW MUELLER
DEPUTY



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

Docket # CV-003278-21/QU

Part:    Hearing Date: 6/28/2022

**CIVIL COURT OF THE STATE OF NEW YORK**
**COUNTY OF QUEENS**

Sheriff's Case # 21008178

-------------------------------------------------------x

VALMIKI RAMANI

PLAINTIFF

   VS

TUNE CORE INC

DEFENDANT

-------------------------------------------------------x

**STATE OF NEW YORK}**
**KINGS COUNTY      } SS:**

I, D. PROPHETE, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age. I further certify that I was unable to serve the process for the below listed reasons:

ZONE 1

**10/26/2021 AT 1346 HOURS DEPUTIES GARDNER AND PROPHETE ATTEMPTED SERVICE AT RESPONDENTS ADDRESS THAT IS A MAIL BUSINESS, NO PHYSICAL LOCATION. LEFT CARD WITH CONTACT INFORMATION IN DESIGNATED MAIL BOX**

**LOCATION IS A MAILBOX AND PRINTING COMPANY.  MULTIPLE BUSINESSES RECEIVE MAIL AT THIS LOCATION.  DEFENDANT DOES NOT HAVE AN OFFICE OPERATING FROM THIS LOCATION.**

Attempts to serve were made on the following dates and times:
Date: 3/9/2021 @ 1:46 PM - 63RD PEARL STREET BROOKLYN, NY 11201

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**Dated: 3/12/2021**

BY: _____

                     **D. PROPHETE**
                     **DEPUTY SHERIFF**
                     **SHIELD # 458**



# SHERIFF'S CERTIFICATE OF ATTEMPTED SERVICE

**Docket #** CV-003278-21/QU

**Part:**    Hearing Date: 6/28/2022

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

**Sheriff's Case #** 21008178

------------------------------------------------x

VALMIKI RAMANI

PLAINTIFF

    VS

TUNE CORE INC

DEFENDANT

------------------------------------------------x

**STATE OF NEW YORK}**
**KINGS COUNTY        } SS:**

I, D. PROPHETE, Deputy Sheriff of the City and State of New York, authorized pursuant to my special duties to serve process, hereby certifies that: I am not a party to this action or proceeding and over 18 years of age  I further certify that I was unable to serve the process for the below listed reasons:

**ZONE 1**

**10/26/2021 AT 1346 HOURS DEPUTIES GARDNER AND PROPHETE ATTEMPTED SERVICE AT RESPONDENTS ADDRESS THAT IS A MAIL BUSINESS, NO PHYSICAL LOCATION. LEFT CARD WITH CONTACT INFORMATION IN DESIGNATED MAIL BOX**

**LOCATION IS A MAILBOX AND PRINTING COMPANY.  MULTIPLE BUSINESSES RECEIVE MAIL AT THIS LOCATION.  DEFENDANT DOES NOT HAVE AN OFFICE OPERATING FROM THIS LOCATION.**

Attempts to serve were made on the following dates and times:
Date. 3/9/2021 @ 1:46 PM - 63RD PEARL STREET BROOKLYN, NY 11201

I understand that false statements made herein are punishable as a class A misdemeanor pursuant to Penal Law §210.45.

**Dated: 3/12/2021**

BY: _____
                          **D. PROPHETE**
                          **DEPUTY SHERIFF**
                          **SHIELD # 458**



## Balance History (From December 2020 to August 2021)

All amounts in USD.                                               Download This Report

| Date | Description ⓘ | Debit | Credit | Balance | Currency |
|------|-------------|-------|--------|---------|----------|
| 08/18/2021 | Facebook Payment - 1st QTR 2021 | | $1.98 | $43.55 | USD |
| 08/18/2021 | Sales Posted | | $0.86 | $41.57 | USD |
| 08/10/2021 | Sales Posted | | $0.12 | $40.71 | USD |
| 08/02/2021 | Sales Posted | | $0.05 | $40.59 | USD |
| 07/28/2021 | Sales Posted | | $0.13 | $40.53 | USD |
| 07/27/2021 | You Tube Royalties Posted | | $1.78 | $40.39 | USD |
| 07/25/2021 | Facebook Payment - 4th QTR 2020 | | $0.01 | $38.60 | USD |
| 07/22/2021 | Sales Posted | | $0.53 | $38.59 | USD |
| 07/11/2021 | Sales Posted | | $0.02 | $38.05 | USD |
| 07/03/2021 | Sales Posted | | $0.01 | $38.03 | USD |
| 06/28/2021 | Sales Posted | | $0.23 | $38.02 | USD |
| 06/19/2021 | Sales Posted | | $0.02 | $37.79 | USD |
| 06/18/2021 | You Tube Royalties Posted | | $9.31 | $37.76 | USD |
| 06/13/2021 | Sales Posted | | $0.35 | $28.44 | USD |
| 06/08/2021 | Sales Posted | | $0.04 | $28.09 | USD |

**WITHDRAW MONEY**

Date Range
Start date        End date
Dec 2020 ⌄      Dec 2020 ⌄

Transaction Type
Check All | Uncheck All

☑ Music Sales
☑ Purchases
☑ Check Withdrawal
☑ Electronic Funds Transfer
☑ Paypal Withdrawal
☑ Misc. Adjustments
☑ Friend Referral
☑ YouTube Royalties
☑ Payoneer Withdrawals
☑ Publishing Royalties
☑ Royalty Invoice
☑ VAT Adjustments

**FILTER**

Again after all the
YouTube advertising on my
Songs 75

≡ THis is my Reported
earnings

Exhibit

8/21/2021
Case 1:22-cv-02087-AMD-RER    Document 2    Filed 04/05/22    Page 21 of 96 PageID #: 24
Tunecore income report.PNG

# Balance History (From December 2020 to March 2021)

All amounts in USD.

Download This Report

| Date | Description | Debit | Credit | Balance | Currency |
|------|-------------|-------|--------|---------|----------|
| 03/19/2021 | You Tube Royalties Posted | | $0.57 | $0.58 | USD |
| 03/15/2021 | Payment for Invoice I9226190 | $4.05 | $0.00 | $0.00 | USD |
| 03/14/2021 | Payment for Invoice I9222935 | $5.00 | $0.00 | $4.05 | USD |
| 03/14/2021 | Payment for Invoice I9222151 | $5.00 | $0.00 | $9.05 | USD |
| 03/14/2021 | Payment for Invoice I9219526 | $15.00 | $0.00 | $14.05 | USD |
| 03/13/2021 | Sales Posted | | $29.04 | $29.05 | USD |
| 03/06/2021 | Sales Posted | | $0.00 | $0.00 | USD |
| 03/02/2021 | Payment for Invoice I9156070 | $0.04 | $0.00 | $0.00 | USD |
| 03/01/2021 | Sales Posted | | $0.03 | $0.04 | USD |
| 02/27/2021 | Payment for Invoice I9143008 | $7.15 | $0.00 | $0.00 | USD |
| 02/26/2021 | Payment for Invoice I9141362 | $9.99 | $0.00 | $7.15 | USD |
| 02/26/2021 | Payment for Invoice I9140709 | $9.99 | $0.00 | $17.14 | USD |
| 02/23/2021 | Sales Posted | | $27.13 | $27.13 | USD |
| 02/16/2021 | Payment for Invoice I9093107 | $0.01 | $0.00 | $0.00 | USD |

After all the video and banner
advertising advertising
You tube did on my songs
This is my reported earning
. 57 Cents

Exhibit



Tune Core gave Amazon this
material after I told them I no
longer was putting songs on Amazon
THose that were placed were to be
Taken down

Exhibit



IHis Firm wynk music is part of
a Large Indian owned firm
who were offering free downloads
of my songs in a Soutden state
in the US.

Exhibit



This is an example of my
Songs on You Tube music


I also discovered a Radio station —
Digital store that received my
songs and was happy as they did
not have to pay for it was not able
To get the name as it was an internet
flash.

Exhibit

Secretary of State of New York State
ALBANY — NY

INDEX NO CV-003278-21/Qu

VALMIKI RAMANI
            Plaintiff            Complaint – Discovery
                    V

TuneCore
            Defendants

1) I VALMIKI Ramani of 139 – 05 DR Briarwood NY 11435 hereby deposes that I paid Tunecore to distribute cover songs that I recorded, worldwide, and on under a seperate agreement to Youtube and Facebook for Monetization. This began in Dec 2 2020 To the last uploads in Feb 2021.

2) Tunecore gave me an address of therir Place of business as being Tunecore Inc 63 Pearl ST, Brooklyn NY 11201 and also supplied a PO Box 256.

3) Tune never provided a written agreement of terms of distribution, or detailed description of revenue reporting

(1)

④ Income for online digital stores would come from two sources, streaming of songs and the download of a song. While income from YouTube and FAce book would come from streaming and advertising.

⑤ I 2016 I began a YouTube music video channel reaching 427 items YouTube saw my viewers reached over 10,000, to 15,000 and ask to monetize the videos I agree and told them all reveaue was to go to New York Presbenturion Hospital, Informed the hospital, who never got a cent. My channel's name was Valmiki Romani International Songs of love (all Wester Songs, and the cream of American and Brotish music) YouTube have a Large station in Mumbai India, and had two Indian Coolies working, together they liked my channel concept and decided to take it over. Towards the ends 2019 YouTube stole 400 music videos from me and special video clips. I had 263 of them on a back up hard drive and a messages from HP Smart friend of Which I am a client, helped me post them on the channel, I then recorded and made

another 100 music videos, In the time between Jan-Feb 2020 YouTube stole all 100 music videos, I filed a lawsuit against them in NY State Supreme Court I had default Judgement of which the Judge refuse to grant me. I then took the case to the Federal Court 500 Pearl St ny ny. Later it had to be sent to the federal Court in N-Calif, throagha technicality, because I would not be in california 20th of Jan 2021, the case was assigned to a magistrate who is currently working on it. They eventually forced me to lose my channel and retake my name and features an Post-master

(6) I made it Know to Tune that I had the case against Youtube, and did not want any of my songs on YouTube, the assured me for the fee of $10,00 they had a special agreement with youtube and would be responsible for my songs and the collection of all advertising revenry. I uploaded my first song Dec 3 2020 and You Tube began putting video ads on ~~them~~ it, and bannner ads, some times 3 ads in one viewing

(7) I keep putting songs up on the digital storeses uploading to Tune core and YouTube was having a fieldday with ads on the

(3)

Songs. Then I produced an album Ramani, Romance to be sold only in stores, not to be given to YouTube as this would degrade the Album value and my marketing plans this album cost me over $1,000 to produce as I hired a well know engineer here in NYC to master the 8 Songs.

(8) YouTube Saw the album and persuaded Tune to release the album to them. the, YouTube cut the album up by individual Songs and even placed this highly produce album among other Indian Sites degrading it's market value. Eventually I was able to get Tune Core to stop youtube use of the album and, on Feb 1 2021 in retaliation YouTube stopped placing ads on my songs. TuneCore did nothing about this. Later I released other albums (1) Accross the Pond and (2) Latin Moments YouTube wanted then and again Tune Core gave it to them against my objections. This Can be seen on channel VAlmiki Ramani or my Label V RISOL.

(4)

(9) During Mid March TuneCore carried out a promotion of MARCH50 (code) to get 50% discount on publishing cost, I took advantage of it ans started uploading several singles the Last, How wonderful to Know, and two albams (2) songs each of my Two Lead songs IF I given my Heart to you (Elizebeth on the Taylor on the Cover) and Can't help Falling in Love (Lauren Conrad on the Cover), because I Kept demanding that they take my albams off youTube and my critisim of their management of my account, they took down all the discounted songs.

(10) Instead of one person assigned to handle my account TuneCore had different people from various places pick up my account to handle issues, all with their own opinions and predejuices. There is Corey who wrote me an email after I had uploaded two Songs My Way, and You don't have to Say you Love me, saying he was of the opinion that I was sending in songs other people said and he would tear my account down. These songs were recorded back in

(5)

in 2000 -2001, My way received a standing ovation and Youdon't have to say you love me was the dance favourite, the dance was kept at the Sanders Jewish Center in Whitestone Queens.

11) To show the outrageous behaviour and conduct of TuneCore towards me, they published an income report, stating that, I had earned from You Tube -$7 the insults to end all insults, when the income should be in the hundreds of dollars. Furthermore Tune core does not pprovide a detailed report on revenue earnings, therefore they could just be giving me what they want to.

12) Example of ads by YouTube on my songs. Before Tune Core I had around the same amount of songs out with a distributor called CDBaby, I never ticked YouTube as some platform I wanted my music on. I always unticked YT. YouTube heard the Song DON'T and wanted it, the used it to put ads for Tick Tock

which earned them a (Lot of) money, I took my business away from (D) baby and filed a Lawsuit against them awaiting default Judgement. Another company the JTM distributor as I paid to distribute 6 songs, after a while Locked me out of my account and continue to market my songs world wide, and had them on You tube who were placing ads on them, I complained to the British Consalate here in NYC against Di TTo masic they said it was their I should contact my consalate in London, I did so never got a reply, I then wrote to President D.J. Trump who immediately had the songs takendown from You Tube. To this date through several distributors I have been Robbed and never held a penny from my property revenue.

(13) I am hereby asking the Secretary of State of New York and the Civil Court of Queens New York To grant me the Sum of $24,000 as compensatory and punitive awards for what Tune Core has done to my property, and that

(7)

Tune Core have all my Songs and albums immedictely be taken down from YouTube, they of which con be seen in past on the general YouTube Site on under my two channell names VALmiki Ramani and VRISOL.

(14) Let it be known the a major contentwir by me against Tuncore, is for them to put a halt of YouTube patting my music on Indian sites. ALL my music is the cream of music of Western Civilization from the 50's to the 70(s). PLacing these songs on Indian sites diminishes their value, denied them their target audience. My music is all Western and Targeted Western Civizkation.

Valmiki Ramani
PLaintiff
VALmiki Ramani
EMAiL: VALmiki.d.r@gmail.con
Pt: 718-291-2978

Valmki Rom

AKILOV SION
Notary Public, State of New York
Reg. No. 01AK6045816
Qualified in Queens County
Commission Expires July 31, 2022

03/22/2021

8

DISCOVERY

FILE

( exhibits                    )

**Request #2194214: How would you rate the support you received?** »

**Content Review** via zendesk.com                                              4:02 AM (0 minutes ago)
to me ▾

*-#- Please type your reply above this line -#-*

Hello valmiki ramani,
Thanks for getting in touch with our team, we'd love to know how well Alex was able to help! We're looking to hear specifically about your experience with Alex, were they friendly, professional, and helpful?

Please take the survey linked below to let us know how your conversation with Alex went, or if there's anything our team could do to improve your customer service experience in the future - it's only one question long:

### How would you rate the support you received?

Good, I'm satisfied

Bad, I'm unsatisfied

Here's a reminder of what this request was about:

 **valmiki ramani**
Mar 18, 2021, 12:35 AM EDT

I have your ass.

**Attachment(s)**
more songs taken down.PNG

They sent me this survey after taking down 7 songs/(1) album. They mocked me and harassed me.

Ref: TuneCore.

ten doll pay for collecting money from yt-fb - Copy.PNG

| 12/03/2020 | TUNECORE, INC. - 646-651-1060 NY | $9.99 |
| 12/03/2020 | CVS/PHARMACY #00499 - FOREST HILLS NY | $23.31 |
| 12/02/2020 | *FINANCE CHARGE* PURCHASES REFUND | ($0.04) |
| 12/02/2020 | TUNECORE, INC. - 646-651-1060 NY | $10.00 |

Payment for
upLoad of AINX
Song.

Paid Tune Core
For Monetizing on YouTube



### Latin Moments
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Album |
| Release date | 03/14/2021 |
| UPC: | 617308722529 |



### Always on My Mind
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Single |
| Release date | 03/13/2021 |
| UPC: | 617308722512 |



### You Are My Destiny
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Single |
| Release date | 03/12/2021 |
| UPC: | 617308722482 |



### Can't Help Falling in Love
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Album |
| Release date | 03/12/2021 |
| UPC: | 617308722505 |

### Three Little Words









### Let's Kiss Tomorrow Goodbye
**by VALMIK RAMANI**

| | |
|---|---|
| Release Type | Single |
| Release date | 03/15/2021 |
| UPC: | 617308722567 |



### How Wonderful to Know
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Single |
| Release date | 03/15/2021 |
| UPC: | 617308722550 |



### If I Give My Heart to You
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Album |
| Release date | 03/15/2021 |
| UPC: | 617308722574 |



### I'll Never Know
**by VALMIKI RAMANI**

| | |
|---|---|
| Release Type | Single |
| Release date | 03/14/2021 |
| UPC: | 617308722543 |



**Haiian Wedding Song**
**by VALMIKI RAMANI**

Release Type      Single
Release date      03/14/2021
UPC:      617308722536

Spelt Properly

THis was sent to sTones then takendown as they sabatoged the song by misspelled the TiTLe HAwiian although it was spelt properly on the Cover.

# tuneCORE

Hi valmiki ramani,

We have processed your request to take down the following releases from the following stores:

Ramani Romance (617308722864)    ALBan
Taken down from: All Stores

Your music will be removed as soon as possible.

Please note that most stores take up to a week to remove your music.

If you selected iTunes they will remove the content within 48 hours after they receive the request.

If you have any questions, please contact us on %{knowledgebase_link_for('how-long-to-go-live', country_domain)}

Your friends @TuneCore.

Questions? Get Help
TuneCore, 63 Pearl Street, Box #256, Brooklyn, NY 11201

← Tune Core address

3/22/2021
Case 1:22-cv-02087-AMD-RER    Document 2    Filed 04/05/22    Page 40 of 96 PageID #: 43
tunecore income report.PNG

# Balance History (From December 2020 to March 2021 )

**All amounts in USD.**

Download This Report

| Date | Description | Debit | Credit | Balance | Currency |
|------|-------------|-------|--------|---------|----------|
| 03/19/2021 | You Tube Royalties Posted | | $0.57 | $0.58 | USD |
| 03/15/2021 | Payment for Invoice I9226190 | $4.05 | $0.00 | $0.00 | USD |
| 03/14/2021 | Payment for Invoice I9222935 | $5.00 | $0.00 | $4.05 | USD |
| 03/14/2021 | Payment for Invoice I9222151 | $5.00 | $0.00 | $9.05 | USD |
| 03/14/2021 | Payment for Invoice I9219526 | $15.00 | $0.00 | $14.05 | USD |
| 03/13/2021 | Sales Posted | | $29.04 | $29.05 | USD |
| 03/06/2021 | Sales Posted | | $0.00 | $0.00 | USD |
| 03/02/2021 | Payment for Invoice I9156070 | $0.04 | $0.00 | $0.00 | USD |
| 03/01/2021 | Sales Posted | | $0.03 | $0.04 | USD |
| 02/27/2021 | Payment for Invoice I9143008 | $7.15 | $0.00 | $0.00 | USD |
| 02/26/2021 | Payment for Invoice I9141362 | $9.99 | $0.00 | $7.15 | USD |
| 02/26/2021 | Payment for Invoice I9140709 | $9.99 | $0.00 | $17.14 | USD |
| 02/23/2021 | Sales Posted | | $27.13 | $27.13 | USD |
| 02/16/2021 | Payment for Invoice I9093107 | $0.01 | $0.00 | $0.00 | USD |

Financial Report after all the thousands
ads that was run on my songs - Through
TuneCore, TuneCore reported my earnings
to be .50 cents this is more than insult



**Corey (TuneCore)**
Jan 8, 2021, 5:39 PM EST

Hello,

I apologize for any frustration here. As noted we do see you purchased the YouTube Monetization service on December 2nd, 2020, however, following that purchase your tracks were not opted into the service and therefore not delivered and were not monetized.

These tracks are now delivered to YouTube Content ID, please let us know if we can help with anything else.

Best,

Corey
Manager, Content & Rights Operations
www.tunecore.com

This Corey is instrumental in
all the harassment against me

As can-be seen from the above Email
he acknowledged me paying and
agreeing to have my songs Monetize
on YouTube and FACebook, in
this email to deny me revenue
he claimed the content ID was
never Sent in.

After on Feb 1 2020 I finally
got them to take my ALBum Ramani
Romance off YouTube, youTube
sTopped putting ads on the songs.

| Date | Description | Amount |
|---|---|---|
| 12/03/2020 | TUNECORE, INC. - 646-651-1060 NY | $9.99 |
| 12/03/2020 | CVS/PHARMACY #00499 - FOREST HILLS NY | $23.31 |
| 12/02/2020 | *FINANCE CHARGE* PURCHASES REFUND | ($0.04) |
| 12/02/2020 | TUNECORE, INC. - 646-651-1060 NY | $10.00 |

Payment for FIRST Single
THere goes my everyThing

$10.00 payment one Time
To monetize on YouTube and
Face book

(The dates differ by a day due to bank
Processing, or sign up on the Dec 2 - 2020
and paid the $10.00 to monetize all songs
And uploaded first song on 3Rd

However the first song THere goes my
ever thing was released on 12-2-20

monetize on youtube.PNG



Above you can see the song was
being Monetize on youtube.
This was the Jim song published

## Details

# There Goes My Everything
## by VALMIKI RAMANI

Live

*Release date:* 02-Dec-2020
*Label:* VRISOL,tm
*ISRC#:* GZP3N2020001
*UPC:* 617308722765
*Primary Genre:* Country
*Secondary Genre:* Pop
*Language:* English

## Stores   Edit



*handwritten annotations:* iTunes Apple spotify Amazon youTube

## Song

Above is the order of selection of stores
and platform to distribute my songs
Amazon was Later excluded and all
my songs takendown as they were using my
Songs Covers to promote other artist Songs



As you can see Amazon is no longer included.

Please note the order of the stores and platforms are consistent.



Edit Single

## Details

# A Man Without Love
### by VALMIKI RAMANI

Live

| | |
|---|---|
| Release date: | 07-Dec-2020 |
| Label: | VRISOL,tm |
| ISRC#: | GZP3N2020004 |
| UPC: | 617308722796 |
| Primary Genre: | Pop |
| Secondary Genre: | World |
| Language: | English |

## Single Checklist

✓ Stores

✓ Monetize on YouTube

*Single Overview*

### New Stores
Add-ons

☑ **Store Automator – $10.00**
Get all future stores automatically.

Add to Cart »

### Release Details

Congratulations!
Your release was sent to all stores you selected on December 7, 2020.

Please note, if you recently distributed to iTunes and/or Apple Music your release may be temporarily unavailable in the store due to iTunes' manual review process.

The earliest month that sales statements can be available for this release is February 2021.

## Stores                                          Edit



Song is Monetize on youTube

across the pond2.PNG

3/13/2021

☰ ▶YouTube

valmiki ramani                    🔍  🎤

🏠 Home
🔥 Trending
🗐 Subscriptions

▷ Library
🕘 History
▷ Your videos
🕙 Watch later
👍 Liked videos

**SUBSCRIPTIONS**

● 33 Readings
Ⓚ KaraFun Karaoke
● The Elvis Karaoke …
⊕ Browse channels

**MORE FROM YOUTUBE**

▶ YouTube Premium

**Unchained Melody**
81 views

● Valmiki Ramani - Topic

Provided to YouTube by TuneCore Unchained Melody · VALMIKI RAMANI
Unchained Melody ℗ 2021 VRISOL,tm Released on: ...

3:37

**Walk Away**
No views

● Valmiki Ramani - Topic

Provided to YouTube by TuneCore Walk Away · VALMIKI RAMANI Across the
Pond ℗ 2021 VRISOL,tm Released on: 2021-03-07 ...

New

3:07

*Song from ALBum Accross the Pond on YouTube*

**Softly, As I Leave You**
9 views

● Valmiki Ramani - Topic

Provided to YouTube by TuneCore Softly, As I Leave You · VALMIKI RAMANI
Softly, As I Leave You ℗ 2021 VRISOL,tm Released ...

New

3:20

https://mail.google.com/mail/u/0/#inbox?projector=1                                                1/1

just-pretend on indian site.PNG



**karagurathi gundello full cover song/Anusha Nd vishnuvardhan /Manisha valmiki /busy boys...**
1K views • 5 months ago

BuSY BoYS



**Just Pretend** *an ELvis Presley Song*
No views

Valmiki Ramani - Topic

Provided to YouTube by TuneCore Just Pretend · VALMIKI RAMANI Just Pretend ℗ 2021 VRISOL,tm Released on: 2021-03-10 ...

New



**Rambha Urvasi Menaka Movie || Narasimha Raju,Roja Ramani || MovieTimeCinema**
330 views • 5 years ago

Movie Time Cinema ✔

Watch - From Rambha Urvasi Menaka Movie -Starring : Murali Mohan, Roja Ramani, Haalam, Jayamalini Director : Parvatanenl ...

CC

As you can see against all my protest to
TuneCore, they still allowed TuneCore
to put my Songs on Indian Sites.
The Song would not get intended audience
here.





**amazon** music    🏠 HOME    🎙 PODCASTS    🎧 LIBRARY

# Search results for "songs by valmiki ramani"

### Artists



valmiki ramani

### Albums



When There's No Y...
valmiki ramani

Tune core sold my songs to Amazon
iLLegally

3/13/2021

When there is no you on AmazonMarch 3.PNG



Tune core sold my song to Amazon illegally.



**Will (TuneCore)**
Jan 7, 2021, 2:42 PM EST

Hi Valmiki,

Please note that none of your tracks have yet been selected for monetization. If you want to collect revenue for views moving forward, please select your tracks for monetization on your Dashboard. Unfortunately, TuneCore is unable to monetize, alter or challenge existing/retroactive YouTube view counts; please reach out to YouTube directly if issues or discrepancies persist in that regard.

Best,

Will
Lead Agent, Video Rights Management
www.tunecore.com

This is all false as exhibited
in other exhibitr

Look at the first song uploaded
it says Monetize or YouTube, more
over it was the responsibility of TuneCore
to indicate monetize or YouTube as they
did on all songs.



## Current Digital Stores

Save

☐ Deliver to all current digital stores

**iTunes** more info                          Deliver Here ☑

🍎 **Apple Music** (more info)                 Deliver Here ☑
You must distribute to iTunes in order to send your music to Apple Music.

**Spotify** more info                          Deliver Here ☑

**Amazon Music** more info                     Deliver Here ☐
Wholesale price of your release: (View)

**YouTube Music** more info                    Deliver Here ☑

**Pandora** more info                          Deliver Here ☑

**Deezer** more info                           Deliver Here ☑

**Store L**

**iTunes**
http://itun

**Apple Mu**
http://itun

**Spotify U**
https://op

**Spotify U**
spotify.a

earch            

Above is the sequence for for selecting
stores and platform provided by Tune Core.
You Tube is in Fourth place

Civil Court of New York Queens County

VALMIKI Ramani
Plantiff
against
Tune Core Inc

Index# CU-003278-21/QU

Discovery

① Attached here with are payments made to TuneCore inc over a period of time for distribution. $9.99 for a Single Song. $29.99 for an album.

② After I filed the Law suit against TuneCore Inc they took down most of 16 Songs, leaving the album Accross the Pond on YouTube and on ITunes, and SPOTIfy. I have no way of knowning of all the sdones and platfforms Tune Core Left albums and singles on.

ORIGINAL PAPERS
RECEIVED AND FILED
ON MAR 14 2022
CIVIL COURT
QUEENS COUNTY

③ Tune Core has taken my money and exploited my properties to their own gain. I never received a penny of income ~ YouTube was putting heavy advertising on all singles, video and banner ads.

Valmiki Ramani
Plaintiff
VAlmiki Ramani

2, 5:47 AM                                                    dec-jan21tunecore.png

If you would like more information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | | Item Description | Amount |
|---|---|---|---|
| 12/16 | 2445388PH000BYBZ8 | EASYSONGLICENSING.COM  612-5220751  MN | 26.09 |
| 12/16 | 2445388PH000BYDVJ | EASYSONGLICENSING.COM  612-5220751  MN | 26.09 |
| 12/17 | 2449215PGLXMFHPGW | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 12/20 | 2413829PL8AR2SSM6 | BED BATH & BEYOND #651  973-785-4333 NJ | 21.76 |
| 12/31 | 7412061PY00XTMJGW | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 70.00 - |
| 01/01 | 2449215O1MNRD2P6L | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/01 | 7412061O100XTMJGV | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 400.00 - |
| 01/02 | 249421502LXN0JDYZ | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/02 | 7469704031R329NEA | KARAOKE RECISIO PARIS  FR | 1.99 |
| 01/02 | 7469704031R329T2M | KARAOKE RECISIO PARIS  FR | 2.99 |
| 01/02 | 7412061030OXTMJGT | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 75.00 - |
| 01/04 | 2445388O5000DR3R2 | EASYSONGLICENSING.COM  612-5220751  MN | 26.09 |
| 01/05 | 2449215O5LXX7AE0N | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/06 | 2449215O6LW2PAT1H | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/07 | 2449215O7LRDQSFLP | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/07 | 2449215O7LRDRSXFS | TUNECORE, INC.  646-651-1060 NY | 29.99 |
| 01/08 | 2413740690OYB12RR | USPS PO 3582120202 JAMAICA  NY | 11.55 |
| 01/08 | 7412061O800XTMJGL | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 50.00 - |
| 01/10 | 24137460B00PW2L15 | CVS/PHARMACY #00499 FOREST HILLS  NY | 29.43 |
| 01/10 | 2449215O ALWB0KDXP | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/12 | 2449215O QLYAPLWFF | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/12 | 2449215O QLYARB65N | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/13 | 2449215O DLSN7SYKA | TUNECORE, INC.  646-651-1060 NY | 9.99 - |
| 01/13 | 24137460 G00Z152XH | CVS/PHARMACY #00499 FOREST HILLS  NY | 5.99 |
| 01/15 | 2445388O H000ESEJT | EASYSONGLICENSING.COM  612-5220751  MN | 22.52 |
| 01/15 | 2445388O H000ETPX1 | EASYSONGLICENSING.COM  612-5220751  MN | 22.52 |
| 01/15 | 2445388O H000ET4TE | EASYSONGLICENSING.COM  612-5220751  MN | 26.09 |
| 01/15 | 2449215O FLR1G8GKM | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/15 | 2449215O FLVRALW25 | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/15 | F5549000F000CE740 | COURTESY CREDIT | 29.99 - |
| 01/15 | F5549000F000MF740 | PURCHASE INTEREST CREDIT | 0.05 - |
| 01/16 | 2445388O H000EY8GT | EASYSONGLICENSING.COM  612-5220751  MN | 22.52 |
| 01/16 | 2449215O GLXLEV6M0 | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/16 | 2449215O GML 1DQ34D | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/16 | 2449215O GMMW5NVAR | TUNECORE, INC.  646-651-1060 NY | 9.99 |
| 01/17 | 2449215O HMMY7GH0T | TUNECORE, INC.  646-651-1060 NY | 9.99 |

**Fees**

**TOTAL FEES FOR THIS PERIOD**                                                                    **0.00**

**Interest Charged**

| 01/17 | Interest Charge on Purchases | 37.47 |
|---|---|---|
| 01/17 | Interest Charge on Cash Advances | 0.00 |

*(Savings= $1,514 )*

If you would like information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | Item Description | | Amount | |
|---|---|---|---|---|
| 01/18 | 24492150JLR6KE5GG | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/20 | 74453880N000F02ZX | EASYSONGLICENSING.COM   612-5220751 MN | 22.52 | - |
| 01/20 | 74453880N000F930P | EASYSONGLICENSING.COM   612-5220751 MN | 3.57 | - |
| 01/21 | 24692160N22X62K1DR | CONCORD DRUG BRIARWOOD   NY | 8.00 | |
| 01/22 | 24492150NMN87Q6K7 | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/23 | 24453880R000FHTQZ | EASYSONGLICENSING.COM   612-5220751 MN | 22.52 | |
| 01/23 | 24492150PMLEZR5MV | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/25 | 24071050TVAL7SVP0 | PRIMEMED PHARMACY KEW GARDENS NY | 55.00 | |
| 01/25 | 24492150TLWQNN57X | TUNECORE, INC.    646-651-1060 NY | 9.99 | - |
| 01/25 | 74492150TMLKJSW1F | TUNECORE, INC.    646-651-1060 NY | 9.99 | - |
| 01/26 | 24492150SLSJSDZNR | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/26 | 24492150SMNHN95R6 | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/27 | 24431060VHXY9SQN4 | WEILL CORNELL OPTHAMOLOG NEW YORK NY | 75.00 | |
| 01/27 | 24492150VLSLSBWW7 | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/29 | 244538810000G3SZ9 | EASYSONGLICENSING.COM   612-5220751 MN | 22.52 | |
| 01/29 | 74492150XMNR8HRGT | TUNECORE, INC.    646-651-1060 NY | 9.99 | - |
| 01/30 | 24492150YMMVRSZE8 | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 01/31 | 24492150ZMMYETZBG | TUNECORE, INC.    646-651-1060 NY | 29.99 | |
| 02/02 | 244921511ML6GHY4W | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 02/03 | 74120611200XTMJGW | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 150.00 | - |
| 02/03 | F554900012000MF740 | PURCHASE INTEREST CREDIT | 0.02 | - |
| 02/04 | 244921513MN69N67W | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 02/05 | 244921514LRER5P8H | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 02/10 | 244921519MLPVGXGQ | TUNECORE, INC.    646-651-1060 NY | 9.99 | |
| 02/13 | 24492151QLXNOLVQL | TUNECORE, INC.    646-651-1060 NY | 29.99 | |
| 02/14 | 24492151DLXPL6HY2 | TUNECORE, INC.    646-651-1060 NY | 9.99 | |

| | **Fees** | | |
|---|---|---|---|
| | **TOTAL FEES FOR THIS PERIOD** | | **0.00** |
| | **Interest Charged** | | |
| 02/14 | Interest Charge on Purchases | | 32.98 |
| 02/14 | Interest Charge on Cash Advances | | 0.00 |
| | **TOTAL INTEREST FOR THIS PERIOD** | | **32.98** |

| **2021 Totals Year-to-Date** | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $70.45 |



| $89 | 3 years | $3,202 (Savings= $1,640 ) |

If you would like information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | | Item Description | Amount |
|---|---|---|---|
| 02/15 | 24137461F00P5E25Q | CVS/PHARMACY #00499 FOREST HILLS  NY | 10.83 |
| 02/15 | 74697691FSFGNREMV | KARAOKE RECISIO LILLE  FR | 1.99 |
| 02/15 | 74697691FSFGNRR7A | KARAOKE RECISIO LILLE  FR | 1.99 |
| 02/16 | 24453881G000HVPTG | EASYSONGLICENSING.COM   612-5220751  MN | 22.69 |
| 02/16 | 24492151FML6XW9KF | TUNECORE, INC.        646-651-1060 NY | 9.98 |
| 02/17 | F5549001G000MF740 | PURCHASE INTEREST CREDIT | 0.11  - |
| 02/18 | 7412061H00XTMJGM | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 23.00  - |
| 02/19 | 24453881K000J45D9 | EASYSONGLICENSING.COM   612-5220751  MN | 22.69 |
| 02/23 | 7493215INLRNWPL71 | TUNECORE, INC.        646-651-1060 NY | 29.99  - |
| 02/27 | 24453881V000JXBH1 | EASYSONGLICENSING.COM   612-5220751  MN | 22.69 |
| 03/01 | 74120611W00XTMJGT | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 2.00  - |
| 03/02 | 24492151XL55QT9G7 | TUNECORE, INC.        646-651-1060 NY | 9.95 |
| 03/03 | 74120611Y00XTMJGP | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 50.00  - |
| 03/04 | 24492151ZLW5R5V0H | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 03/04 | 24492151ZLW55VGY1 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 03/06 | 24492152INLHGMENQ | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 03/07 | 74120612200XTMJGX | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 8.00  - |
| 03/08 | 24137462400WMGJQM | USPS PO 3562120202 JAMAICA  NY | 5.40 |
| 03/09 | 24492152ILSMHLXN2 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 03/09 | 24492152ILYD9ND1X | TUNECORE, INC.        646-651-1060 NY | 5.00 |
| 03/09 | 24492152IMLRWXZK8 | TUNECORE, INC.        646-651-1060 NY | 5.00 |
| 03/09 | 24492152IMLRY4MPV | TUNECORE, INC.        646-651-1060 NY | 5.00 |

**Fees**

**TOTAL FEES FOR THIS PERIOD**                                                        **0.00**

**Interest Charged**

| 03/17 | | Interest Charge on Purchases | 38.93 |
| 03/17 | | Interest Charge on Cash Advances | 0.00 |
| | | **TOTAL INTEREST FOR THIS PERIOD** | **38.93** |

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $109.38 |



Edit Single



**Details**

# A Man Without Love
### by VALMIKI RAMANI

| | |
|---|---|
| Release date: | 07-Dec-2020 |
| Label: | VRISOL,tm |
| ISRC#: | GZP3N2020004 |
| UPC: | 617308722796 |
| Primary Genre: | Pop |
| Secondary Genre: | World |
| Language: | English |

**Single Checklist**

⊘ Stores
⊘ Monetize on YouTube

*Single Overview*

**New Stores**

Add-ons

☑ **Store Automator - $10.00**
Get all future stores automatically.

Add to Cart ›

**Release Details**

Congratulations!
Your release was sent to all stores you selected on December 7, 2020.

Please note, if you recently distributed to iTunes and/or Apple Music your release may be temporarily unavailable in the store due to iTunes' manual review process.

The earliest month that sales statements can be available for this release is February 2021.

**Stores**                                    Edit



Selected by Tune Core To be
Monetize on Tune Core.

PLEASE LOVE ME FOR EVER.PNG



Selected to be monetize on YouTube

1/7/2021
Case 1:22-cv-02087-AMD-RER    Document 2    Filed 04/05/22    Page 59 of 96 PageID #:
62
don't monetize on youtube.PNG

**Edit Single**

**Details**

# Don't
### by VALMIKI RAMANI

*Release date:*     13-Dec-2020
*Label:*     VRISOL,lm
*ISRC#:*     GZP3N2020008
*UPC:*     617308722840
*Primary Genre:*     Pop
*Secondary Genre:*     Pop
*Language:*     English

*Distro* (handwritten)

**Single Checklist**

⊘ Stores

⊘ Monetize on YouTube

*Single Overview*

**New Stores**
Add-ons

☑ Store Automator - $10.00
Get all future stores automatically.

Add to Cart »

*Never authorized this* (handwritten)

**Stores**      Edit

**Release Details**

Congratulations!
Your release was sent to all stores you selected
on December 14, 2020.

Please note, if you recently distributed to iTunes
and/or Apple Music your release may be
temporarily unavailable in the store due to iTunes'
manual review process.

The earliest month that sales statements can be
available for this release is February 2021.

ALL singles —Albums are
automatically Monetize on YouTube
you are a profound LIAR



Automatic monetize on YouTube



# If I Give My Heart to You
by VALMIKI RAMANI

Release date: 05-Dec-2020
Label: VRISOL,tm
ISRC#: GZP3N2020003
UPC: 617308722789
Primary Genre: Pop
Secondary Genre: World
Language: English

**New Stores**

Add-ons

☐ Store Automator - $10.00
Get all future stores automatically

Add to Cart »

No request

**Release Details**

Congratulations!
Your release was sent to all stores you selected on December 7, 2020.

Please note, if you recently distributed to iTunes and/or Apple Music your release may be temporarily unavailable in the store due to iTunes' manual review process.

Automonstic youTube monitizel

you profound Liar

3/16/2021

TT in fourth place store choice.PNG

## Details

# There Goes My Everything
## by VALMIKI RAMANI

Live

Release date:
Label:
ISRC#:
UPC:
Primary Genre:
Secondary Genre:
Language:

02-Dec-2020
VRISOL,tm
GZP3N2020001
617308722765
Country
Pop
English

## Stores                                          Edit



## Song

FIRST Song To be Published
ALL STORES and pLATforms selected.

LATIN MOMENTS ON YOU TUBE.PNG

3/16/2021



Tune Core illegally gave it to YouTube.



Monetize by Tune Core Dec 15 2020
on youTube

love me with all of heart.PNG

Edit Single

**Details**

# Love Me WITH All of Your Heart
### by VALMIKI RAMANI

Live

| | |
|---|---|
| *Release date:* | 03-Dec-2020 |
| *Label:* | VRISOL,tm |
| *ISRC#:* | GZP3N2020002 |
| *UPC:* | 617308722772 |
| *Primary Genre:* | Pop |
| *Secondary Genre:* | Latin |
| *Language:* | English |

**Single Checklist**

⊘ Stores

⊘ Monetize on YouTube

*Single Overview*

**New Stores**
Add-ons

☑ **Store Automator - $10.00**
Get all future stores automatically.

Add to Cart »

**Release Details**

Congratulations!
Your release was sent to all stores you selected on December 3, 2020

Please note, if you recently distributed to iTunes and/or Apple Music your release may be temporarily unavailable in the store due to iTunes manual review process.

The earliest month that sales statements can be available for this release is February 2021.

**Stores**                                    Edit

*Second Song published monotized by YouTube.*



MONetize on youTube



Monetizie on youTube.



monetize on Youtube.



Monetize on YouTube

ALos sold by Tune Core to Amazon.





Monetize on Youtube



Monetize on youtube
and illegally Sold to Amazon.





This is my first deluxe album
The selected youtube for it to be on after
I submitted it note PO Logo is Last,
IT was Put in after I submitted PO
Album.



Accross the Pond is an Album and as with all my albums the were never to be put on Youtube only stores, however you can see that Corey — manager added Youtube at the end of ten I submitted the Album

If I had selected youTube the Logo would be in Fourth place after Spotify Logo.





*ALBum*

You Tube Logo Last because it was added after I had selected the stores and platforms for this ALBum to be on.

ramani romance.PNG



ramani romance

Murali ...

— India site



ALBam

**Anything That's Part of You**
1 view

Valmiki Ramani - Topic

Provided to YouTube by TuneCore Anything That's Part of You · VALMIKI R...
New



ALBum

**Sweetheart**
No views

Valmiki Ramani - Topic

Provided to YouTube by TuneCore Sweetheart · VALMIKI RAMANI Ramani ...
New



ഒരു കാലത്ത് വികാരങ്ങൾ എന്നെയും ബലഹ
**romantic scenes**
5.9M views · 10 months ago

— India
Site

Romantic Malayalam Movies

Kadathu is a 1981 Indian Malayalam film, directed by P. G. Vishwambharan
and ...

Ramani Romance my First and prime
album was illegally given to YouTube who
broke it up by songs and placed it on
all dirty Indian Sites! Degrading
the product



ramani romance

Eternally
No views

one Song from ALBum on India Site

Valmiki Ramani - Topic

Provided to YouTube by TuneCore Eternally · VALMIKI RAMANI Ramani Roman 07 ...
New

ശബ്ദമുണ്ടാക്കല്ലേ അച്ഛനകത്തുണ്ട്...! | Roja Raman Hot Scene
550K views · 1 year ago

Romantic Malayalam Movies

Subscribe Us: https://goo.gl/9iHP2B.

Malayalam Full Movie | Madalasa | Romantic Movie | Ft. S
2M views · 4 years ago

MALAYALAM MOVIE ZONE

Madaalasa is a 1978 Indian Malayalam film, directed by J Williams and produc Thikkurissi ...
CC

Look at the Indian Garbage YouTube placed my pRime ALbum with.





Amount of
views on
a typical Song

Case 1:22-cv-02087-AMD-RER    Document 2    Filed 04/05/22    Page 79 of 96 PageID #: 82

yt ads on vr videos.PNG



☰  ▶ YouTube                                    valmiki ramani                                    ✕





## My Way

77 views • Feb 6, 2021                                                    👍 2    👎 0    ↗ SHARE    ⩸+ SAVE    •••

Valmiki Ramani - Topic
6 subscribers                                                                              SUBSCRIBE

Provided to YouTube by TuneCore

My Way · VALMIKI RAMANI

SHOW MORE





③



There Goes My Everything

368 views • Dec 3, 2020



 valmiki ramani



 WE GET HYPERCONVERGED INFRASTRUCTURE.
Simplify deployment, management and scaling of your data center with CDW.  

 0:22 / 2:24

**You Are My Destiny**

49 views • Mar 14, 2021

👍 2    👎 0    ↪ SHARE    ⊞ SAVE

 **Valmiki Ramani - Topic**

SUBSCRIBE



9/13/21, 2:35 PM

ad yyton song.PNG



valmiki ramani



attentive®    Over 90% of free trials become customers    Request Free Trial

0:51 / 3:12

2021

👍 2    👎 0    SHARE    SAVE    •••

Ramani - Topic    SUBSCRIBE



just pretend on youtube with ad.PNG



Ditto Music of Liverpool England, shut me out of my account and ran it making money for themselves. The above ad was being ran on one song on YouTube, eventually President Trump had them take the song down from YouTube.

Examples of Banner Ads



CDBABY — gave YouTube
this Song against my will, and YouTube
made a lot of money by Running
TikTok banner ads on it, until I
Filed a Lawsuit against CDBABy.

Default Judgement Pending.

EXAMPLE of Banner Ads

Civil Court of the City of New York

VALMIKI Ramani
Plaintiff
against
Tune Core Inc

Index# CU-003278-21/QU

DISCOVERY

1) Attached herewith are payments made to TuneCore Inc over a period of time for distribution · $9.99 for a Single Song · $29.99 for an album·

2) After I filed the Law suit against TuneCore Inc they took down most of the Songs, leaving the album Accross the Pond on YouTube and on ITunes, and Spotify · I have no way of knowning of all the stores and platforms TuneCore left albums and singles on·

ORIGINALLY
RECEIVED AND FILED
ON MAR 14 2022
CIVIL COURT
QUEENS COUNTY

3) Tune Core has taken my money and exploited my properties to their own gain · I never received a penny of income ~ YouTube was putting heavy advertising on all singles, video and banner ads·

Valmiki Ramani
Plaintiff
VALMIKI Ramani

$90                  3 years          $3,231
                                    (Savings = $1,671 )

If you would like information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | | Item Description | Amount |
|---|---|---|---|
| 11/17 | 2476790NKPJ2Y4KMF | B & H PHOTO-VIDEO RETAIL 212-2397500  NY | 65.00 |
| 11/18 | 7412061NK00XTMJGL | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 90.00 - |
| 11/19 | 2413746NM00WJW55A | USPS PO 3582120202 JAMAICA  NY | 4.10 |
| 11/20 | 2413746NN00ZHZSN2 | CVS/PHARMACY #00499 FOREST HILLS  NY | 7.33 |
| 11/24 | 2445388NS0009SNLR | EASYSONGLICENSING.COM   612-5220751  MN | 20.99 |
| 11/24 | 2445388NS0009V21J | EASYSONGLICENSING.COM   612-5220751  MN | 20.99 |
| 11/27 | 2407105NWVALWBAZK | CENTRAL RX PHARMACY BRIARWOOD  NY | 9.89 |
| 11/27 | 2443106NWLQDVKB2T | PHTOSHP LIGHTRM BNDL    408-536-6000 CA | 10.88 |
| 11/27 | 2469216NX2XTTGZDK | CONCORD DRUG BRIARWOOD  NY | 15.00 |
| 11/30 | 2413746P000X2KRVJ | CVS/PHARMACY #00499 FOREST HILLS  NY | 2.22 |
| 11/30 | 7412061NZ00XTMJGS | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 60.00 - |
| 12/01 | 2476790P1TL6X0X75 | B & H PHOTO-VIDEO RETAIL 212-2397500  NY | 43.86 |
| 12/02 | 2449215P1LWMJZA2T | TUNECORE, INC.        646-651-1060 NY | 10.00 |
| 12/02 | F554900P1000MF766 | PURCHASES REFUND (INTEREST CHARGE) | 0.04 - |
| 12/02 | 7412061P100XTMJGR | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 53.00 - |
| 12/02 | F554900P1000CW767 | AN ADJUSTMENT TO YOUR ACCOUNT | 40.00 - |
| 12/03 | 2413746P300YRE751 | CVS/PHARMACY #00499 FOREST HILLS  NY | 23.31 |
| 12/03 | 2449215P2LR2GDB18 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/04 | 2469216P32Y07GDW7 | AMZN Mktp US*2R9OV0SJ3 Amzn.com/bill WA | 43.95 |
| 12/05 | 7412061P500XTMJGW | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 10.00 - |
| 12/06 | 7469216P52XRS1G7D | AMZN Mktp US Amzn.com/bill WA | 8.08 - |
| 12/07 | 2449215P6LRB9HGP5 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/07 | 2449215P6LXY5H8J2 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/07 | 7412061P600XTMJGV | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 20.00 - |
| 12/08 | 2449215P7MN81XEKR | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/08 | 7412061P700XTMJGS | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 50.00 - |
| 12/09 | 7412061P800XTMJGT | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 40.00 - |
| 12/10 | 2449215P9LRHG6E4R | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/10 | 2449215P9LY4BAZNN | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/11 | 2443106PA2DZSMNNK | AMAZON.COM*K78QC21S3 AMZN AMZN.COM/BILL WA | 89.83 |
| 12/11 | 2443106PB2DZ8FGQA | AMAZON.COM*BJ1B71W3 AMZN AMZN.COM/BILL WA | 7.57 |
| 12/11 | 2449215PALSFXY2MS | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/12 | 7412061PQ00XTMJGM | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 4.00 - |
| 12/14 | 7443106PD29KYZNW | AMAZON.COM AMZN.COM/BILL AMZN.COM/BILL WA | 7.57 - |
| 12/14 | 7443106PD2D9LNEX0 | AMAZON.COM AMZN.COM/BILL AMZN.COM/BILL WA | 89.83 - |
| 12/14 | 2449215PDLSMP9VT1 | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/14 | 7449215PDLWHWVR17 | TUNECORE, INC.        646-651-1060 NY | 9.99 - |
| 12/16 | 2449215PFMNPWT8WZ | TUNECORE, INC.        646-651-1060 NY | 9.99 |
| 12/16 | 7412061PF00XTMJGT | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 5.00 - |
| 12/17 | 7412061PG00XTMJGR | PHONE PAYMENT-THANK YOU  SOUTH JORDAN UT | 1.00 - |

**Fees**

**TOTAL FEES FOR THIS PERIOD**                                                      **0.00**

If you would like information about credit counseling services, call 1-877-316-6322.

## Transactions, Payments and Credits

| Trans Date | | Item Description | Amount |
|---|---|---|---|
| 11/17 | 2476790NKPJ2Y4KMF | B & H PHOTO-VIDEO RETAIL 212-2397500 NY | 65.00 |
| 11/18 | 741206 1NK00XTMJGL | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 90.00 - |
| 11/19 | 2413746NM00WJW55A | USPS PO 3582120202 JAMAICA NY | 4.10 |
| 11/20 | 2413746NN00ZHZSN2 | CVS/PHARMACY #00499 FOREST HILLS NY | 7.33 |
| 11/24 | 2445388NS0009SNLR | EASYSONGLICENSING.COM 612-5220751 MN | 20.99 |
| 11/24 | 2445388NS0009V21J | EASYSONGLICENSING.COM 612-5220751 MN | 20.99 |
| 11/27 | 2407105NWVALWBAZK | CENTRAL RX PHARMACY BRIARWOOD NY | 9.89 |
| 11/27 | 2443106NWLQDVKB2T | PHTOSHP LIGHTRM BNDL 408-536-6000 CA | 10.88 |
| 11/27 | 2469216NX2XTTGZDK | CONCORD DRUG BRIARWOOD NY | 15.00 |
| 11/30 | 2413746P000X2KRVJ | CVS/PHARMACY #00499 FOREST HILLS NY | 2.22 |
| 11/30 | 7412061NZ00XTMJGS | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 60.00 - |
| 12/01 | 2476790P1TL6X0X75 | B & H PHOTO-VIDEO RETAIL 212-2397500 NY | 43.86 |
| 12/02 | 2449215P1LWMJZA2T | TUNECORE, INC. 646-651-1060 NY | 10.00 |
| 12/02 | F554900P1000MF766 | PURCHASES REFUND (INTEREST CHARGE) | 0.04 - |
| 12/02 | 7412061P100XTMJGR | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 53.00 - |
| 12/02 | F554900P1000CW767 | AN ADJUSTMENT TO YOUR ACCOUNT | 40.00 - |
| 12/03 | 2413746P300YRE751 | CVS/PHARMACY #00499 FOREST HILLS NY | 23.31 |
| 12/03 | 2449215P2LR2GDB18 | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/04 | 2469216P32Y07GDW7 | AMZN Mktp US*2R9OV0SJ3 Amzn.com/bill WA | 43.95 |
| 12/05 | 7412061P500XTMJGW | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 10.00 - |
| 12/06 | 7469216P52XRS1G7D | AMZN Mktp US Amzn.com/bill WA | 8.08 - |
| 12/07 | 2449215P6LR89HGP5 | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/07 | 2449215P6LXY5H8J2 | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/07 | 7412061P600XTMJGV | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 20.00 - |
| 12/08 | 2449215P7MN81XEKR | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/08 | 7412061P700XTMJGS | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 50.00 - |
| 12/09 | 7412061P800XTMJGT | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 40.00 - |
| 12/10 | 2449215P9LRHG6E4R | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/10 | 2449215P9LY4BAZNN | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/11 | 2443106PA2DZSMNNK | AMAZON.COM*K78QC21S3 AMZN AMZN.COM/BILL WA | 89.83 |
| 12/11 | 2443106PB2DZ8FGQA | AMAZON.COM*BJ1B719W3 AMZN AMZN.COM/BILL WA | 7.57 |
| 12/11 | 2449215PALSFXY2MS | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/12 | 7412061PQ00XTMJGM | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 4.00 - |
| 12/14 | 7443106PD2D9KYZNW | AMAZON.COM AMZN.COM/BILL AMZN.COM/BILL WA | 7.57 |
| 12/14 | 7443106PD2D9LNEX0 | AMAZON.COM AMZN.COM/BILL AMZN.COM/BILL WA | 89.83 |
| 12/14 | 2449215PDLSMP9VT1 | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/14 | 7449215PDLWHWVR17 | TUNECORE, INC. 646-651-1060 NY | 9.99 - |
| 12/16 | 2449215PFMNPWT8WZ | TUNECORE, INC. 646-651-1060 NY | 9.99 |
| 12/16 | 7412061PF00XTMJGT | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 5.00 - |
| 12/17 | 7412061PG00XTMJGR | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 1.00 - |

**Fees**

**TOTAL FEES FOR THIS PERIOD**                                                          **0.00**

CIVIL Court of the City of New York
County of Queens

INDex NO  CV 003278-21/Qo

VALMIKI Ramani
        PLaintyff
   against

TuneCone, Inc
       Defendant

    ·Further Discovery

① TuneCone Has Locked me out of my account

② Tune Core have taken down all songs and albums I paid for from all platforms and digital stores leaving one album and one single song

③ VIDEO ad being shown by YouTube on Song "My way"

4~6 Shows YouTube having placed banner ads on Songs

Valmiki Ramani
PLainty
UALMIKI Ramani

Civil Court of New York — County of Queen

Valmiki Ramani

       against

Tune Core.

            Index: CV-003278-21/Qu

               Discovery

(1) I Valmiki Ramani hereby submit to the Court these papers to FARTHER illustrate how wide spread the abase by the defendant of my property of which I paid them, to distribute under my conditions

(2) After TuneCore was served with the Summons and Complaint, they locked me out of the account and continue to exploit my work to their gain, taking down many singles and albums from several markets.

(3) Attached herewith is some more evidence to attest to this claim.

COPY
ORIGINAL PAPERS
RECEIVED AND FILED
ON   MAR - 7 2022
CIVIL COURT
QUEENS COUNTY

Valmiki Ramani

Plaintiff

VAlmiki Ramani





Civil Court of New York City;
County of Queens

VALMIKI Ramani                    INDEX# CV-003278-21/9
          Plaintiff
     against                       DISCOVERY
Tunecore Inc
          Defendants

(1) Tunecore were never permitted to put my album on Youtube, they have and Youtube continues to exploit it to the extent that the defendant has renewed the release not permitted by me. They are also exploiting this album on iTunes and world wide without compensation. They have stolen my property rights and all.

(2) Attached are exhibits of Tunecore sending me false statements saying I renewed my album Accross the Pond with them. My albums were only to be in selected stores and platforms. They have destroyed my valuable work. This is gross theft.

                              Valmiki Ramani
                              Plaintiff
                              VALMIKI Ramani

RECEIVED AND FILED
ON MAR 11 2022
CIVIL COURT
QUEENS COUNTY

 **Gmail**

**Valmiki Ramani <valmiki.d.r@gmail.com>**

---

## TuneCore renewal payment confirmation
1 message

---

**TuneCore** <noreplies@tunecore.com>                                    Thu, Mar 10, 2022 at 6:39 AM
To: valmiki.d.r@gmail.com

**Dear valmiki ramani**

This email is to confirm that the subscriptions below were automatically renewed based on your preferences. Your releases will continue to be available in all selected platforms and digital stores for another year!

Your releases will continue to be available in the digital stores and your TuneCore media widget will continue to work as well (don't have a widget yet? Create one here.)

## Renewal Details

**Yearly Album Renewal**
VALMIKI RAMANI - Across the Pond (ID 4266253)
Next renewal date March 10, 2023

## Payment Details

**Order Number:** I10831962
**Order Date:** March 10, 2022
**Total:** $49.99 (all amounts are in USD)
**Tunecore Balance Payment:** $49.99

REMEMBER, WITH TUNECORE DISTRIBUTION YOU GET:

- Distribution to any or all of the 150+ digital stores and streaming services across 200 countries worldwide
- Control of your career without sacrificing any of your rights or sales revenue
- Daily trend reporting and comprehensive sales data to gain fan insight and maximize your sales (SEE REPORTS)
- Pre-orders made live in as little as 10 days
- Fastest customer support, with response time of 1 business day

For information on current distribution live times, store accounting or other questions about the TuneCore service please visit our Frequently Asked Questions (sidekiq.tunecore.com/help. You can also reach us at sidekiq.tunecore.com/contact.

# tuneCORE

TuneCore, Inc
63 Pearl Street, Box #256
Brooklyn, NY 11201
www.tunecore.com

**#INVOICE:** TC-INV690746
**Date:** 03/10/2022
**Client:** valmiki ramani
**Invoice Address:**
United States

| Product | Original Amount | | Invoice Amount (USD) |
|---|---|---|---|
| | Amount | Currency | |
| Yearly Album Renewal | 49.99 | USD | 49.99 |
| | | Discounts | (0.00 USD) |
| | | Sub Total | **49.99** USD |
| | | Total payments | (49.99 USD) |
| | | Net payable | **0.00** USD |

**Payment Method(s)**

Total charged to your TuneCore account balance          **(49.99** USD)

9/21/21, 2:19 PM
Case 1:22-cv-02087-AMD-RER    Document 2    Filed 04/05/22    Page 95 of 96 PageID #: 98
itunes music on.PNG



e  Edit  Song  View  Controls  Account  Help

♫ Music  ○                    Library  For You  Browse  Radio  **Store**

# Showing results for "valmiki ramani"

Songs                                                                          All

| NAME | ARTIST | ALBUM | TIME | POPULARITY | PRICE |
|------|--------|-------|------|-----------|-------|
| ▶ I Only Live to Love You | valmiki ramani | Across the Pond | 2:32 | | $0.99 ⌄ |
| 2  Ps I Love You | valmiki ramani | Across the Pond | 2:04 | | $0.99 ⌄ |
| 3  You Don't Have to Say You Love Me | valmiki ramani | Across the Pond | 2:30 | | $0.99 ⌄ |
| 4  Constantally | valmiki ramani | Across the Pond | 4:03 | | $0.99 ⌄ |
| 5  The Minute You're Gone | valmiki ramani | Across the Pond | 2:14 | | $0.99 ⌄ |
| 6  The Young Ones | valmiki ramani | Across the Pond | 3:07 | | $0.99 ⌄ |
| 7  Walk Away | valmiki ramani | Across the Pond | 3:06 | | $0.99 ⌄ |
| 8  Sweetheart | valmiki ramani | Sweetheart - Single | 2:52 | | $0.99 ⌄ |

Albums
Songs

ARTISTS AND M

valmiki ramani ›
Pop

Apple Music                Features          Help              Manage
Get 3 Free Months of Apple Music    Purchased      Support           Account
Apple Music 1              iTunes Match      iTunes Tutorials  Redeem
                                            System Status     My Wish List
                                                              Country or Region



