UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
      :
**VALMIKI D. RAMANI**,
      :
                 Plaintiff,
      :
      :  **MEMORANDUM DECISION AND**
        – against –      **ORDER**
      :
        22-CV-2087 (AMD) (RER)
**TUNECORE INC.**,
      :
                 Defendant.
      :
-------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

      The plaintiff, a New York resident and musician, alleges that the defendant, a New York company, illegally distributed copies of his music in violation of their "special agreement." (ECF No. 2 at 3, 5-6.) I dismissed the complaint on April 28, 2022 for lack of subject matter jurisdiction, and gave the plaintiff 30 days to file an amended complaint. (ECF No. 9.) I warned that if the plaintiff did not file an amended complaint by that time, "then judgment dismissing this action will enter." (*Id.* at 3.) The plaintiff has not filed an amended complaint, and the time for doing so has passed.

2

Accordingly, the Clerk of Court is directed to enter judgment and close this case. The Clerk of Court is also respectfully requested to mail a copy of this Order to the plaintiff and to note the mailing on the docket. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**SO ORDERED.**

                                                  s/Ann M. Donnelly

                                                  ANN M. DONNELLY
                                                  United States District Judge

Dated: Brooklyn, New York
        June 6, 2022