UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VALMIKI D. RAMANI,

                Plaintiff,                                           JUDGMENT
v.                                                           22-CV-2087 (AMD) (RER)

TUNECORE INC.,

                Defendants.
---------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on April 28, 2022, dismissing the complaint without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); granting plaintiff leave to file an amended complaint within 30 days of the date of this order; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying IFP status for the purpose of an appeal, *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962); and a Memorandum, Decision, and an Order having been filed on June 7, 2022, directing the Clerk of Court to enter judgment; it is

      ORDERED and ADJUDGED that that this action is dismissed; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York                                             Brenna B. Mahoney
       June 8, 2022                                                     Clerk of Court

                                                                       By:    */s/Jalitza Poveda*
                                                                                  Deputy Clerk