UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
VALMIKI D. RAMANI,

                Plaintiff,                                  JUDGMENT
v.                                                             22-CV-2087 (AMD) (RER)

TUNECORE INC.,

                Defendant.
---------------------------------------------------------------X

        A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on June 21, 2022, granting plaintiff 30 days to file an amended complaint; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperi*s status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); and a Memorandum and Order having been filed on July 5, 2022 dismissing the Complaint without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); it is

        ORDERED and ADJUDGED that the Complaint is dismissed without prejudice for lack of subject matter jurisdiction, Fed. R. Civ. P. 12(h)(3); that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated:  Brooklyn, New York                                       Brenna B. Mahoney
          July 6, 2022                                               Clerk of Court

                                                                      By:    */s/Jalitza Poveda*
                                                                              Deputy Clerk